# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Shakimah Quashown Glover-Robinson<br><br>Debtor(s). | C/A No. 16-02197-dd<br>Chapter 13<br><br>**ORDER LIFTING<br>THE AUTOMATIC STAY** |

This matter is before the Court on the certification of PNC Bank, National Association ("Movant") that Debtor(s) did not comply with the settlement order entered by the Court on August 7, 2017 by failing to make required payments, as follows: December 1, 2017 arrearage payment.  Movant has waived any claim arising under 11 U.S.C. §§ 503(b) and 507(b) and stipulated that any funds received from the disposition of the collateral in excess of all liens, costs, and expenses will be paid to the trustee or the estate.  Based upon the certification of Movant, the stay is lifted as to 2 Hardwood Court, Columbia, 29229.  Movant may send any required notice to the Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**01/11/2018**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 01/12/2018